**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

November 24, 2020

**LETTER ORDER**

Re:    **ALFONE v. TOWN OF BOONTON et al**
       **Civil Action No. 15-6656 (CCC)**

Dear Counsel:

Plaintiff's Motion for Leave to File an Amended Complaint [ECF No. 94] is hereby **ADMINISTRATEVLY TERMINATED** pending settlement discussions. To the extent this matter is not resolved through settlement, Plaintiff shall inform the Court of his intent to reinstate the motion.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**